UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LORETO NORIEGA,<br><br>　　　　　　Petitioner,<br>　　vs.<br>PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Respondent. | Case No. ED CV 12-539 BRO (MRW)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 26, 2013

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE