UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LORETO NORIEGA, | ) Case No. ED CV 12-539 BRO (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 26, 2013

_____
HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE